**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000048**
**06-NOV-2020**
**09:01 AM**
**Dkt. 28 OGMD**

NO. CAAP-20-0000048

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MADISON R. WELCH, Petitioner-Appellee, v.
TRISTAN DAVID RICE, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(CASE NO. 3DSS-19-0000094)

ORDER GRANTING MOTION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of Respondent-Appellant Tristan David Rice's November 2, 2020 Motion for Dismissal of Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, November 6, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge